James Henry THOMAS, Movant,

v.

**KENTUCKY BAR ASSOCIATION,**
Respondent.

**No. 91–SC–211–KB.**

Supreme Court of Kentucky.

June 25, 1992.

James Henry Thomas, Hartford, for movant.

Raymond Clooney, Bar Counsel, Bruce K. Davis, Executive Director, Kentucky Bar Ass'n, Frankfort, for respondent.

ORDER OF REINSTATEMENT

The application of James Henry Thomas for reinstatement to the practice of law in the Commonwealth of Kentucky is hereby granted. SCR 3.510(1).

Movant shall pay $2,038.30 costs incurred by the Kentucky Bar Association in this proceeding.

All concur.

ENTERED: June 25, 1992.

/s/ Robert F. Stephens
Chief Justice